# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

AMOS HICKS                                                                             PETITIONER

v.                                                   CAUSE NO. 1:18CV107-LG-FKB

ANDREW MILLS, Warden                                          RESPONDENT

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS

For the reasons stated in the [8] Report and Recommendation entered by Magistrate Judge F. Keith Ball on December 10, 2018, and after an independent review of the record, a de novo determination of the issues, and consideration of the petitioner's [9] Objections to the Report and Recommendation, and having determined that the findings are correct under applicable law,

**IT IS ORDERED AND ADJUDGED** that the [8] Report and Recommendation is **ADOPTED** as the opinion of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the [6] Motion to Dismiss filed by the respondent, Warden Andrew Mills, is **GRANTED**. The petition is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 3rd day of January, 2019.

                                                           s/ *Louis Guirola, Jr.*
                                                           LOUIS GUIROLA, JR.
                                                           UNITED STATES DISTRICT JUDGE