# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| AMOS HICKS | PETITIONER |
| v. | CAUSE NO. 1:18CV107-LG-FKB |
| ANDREW MILLS, Warden | RESPONDENT |

## FINAL JUDGMENT

This matter is before the Court on submission of the [8] Report and Recommendation entered by United States Magistrate Judge F. Keith Ball entered in this cause on December 10, 2018. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 3rd day of January, 2019.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE